**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DON WILKIE,** | : | No. 3:14cv462 |
| **Plaintiff** | : | (Judge Munley) |
| v. | : | |
| **LUZERNE COUNTY and AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 6th day of October 2014, it is hereby **ORDERED** that Defendant Luzerne County's (hereinafter "the County") motion to dismiss (Doc. 13) is **GRANTED** with respect to (1) plaintiff's claims for punitive damages as against the County; (2) plaintiff's claim for compensatory damages in Count II of the complaint (Doc. 1); and (3) plaintiff's demand for a jury trial on Count II of the complaint.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**