# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DON WILKIE,** | : | No. 3:14cv462 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| **LUZERNE COUNTY and** | : | |
| **AMERICAN FEDERATION OF STATE,** | : | |
| **COUNTY AND MUNICIPALITY** | : | |
| **EMPLOYEES,** | : | |
|     Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 14th day of September 2016, Defendant American Federation of State, County, and Municipality Employees' motion for summary judgment (Doc. 35) is hereby **DENIED**.

                                **BY THE COURT:**

                                **s/ James M. Munley**
                                **JUDGE JAMES M. MUNLEY**
                                **United States District Court**