# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DON WILKIE,** | : | No. 3:14cv462 |
|     **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **LUZERNE COUNTY and** | : | |
| **AMERICAN FEDERATION OF STATE,** | : | |
| **COUNTY, AND MUNICIPAL** | : | |
| **EMPLOYEES,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 14th day of September 2016, Defendant Luzerne County's motion for summary judgment (Doc. 36) is hereby **DENIED**.

                                      **BY THE COURT:**

                                      **s/ James M. Munley**
                                      **JUDGE JAMES M. MUNLEY**
                                      **United States District Court**